UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| MALIK KIJUAN KEYS, | Case No. CV 18-03209 JVS (SHK) |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| SULLIVAN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition and Petitioner's Motion to Amend his Petition are DENIED.  IT IS FURTHER ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: June 18, 2019

_____
HONORABLE JAMES V. SELNA
United States District Judge