JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK KIJUAN KEYS,<br><br>            Petitioner,<br><br>    v.<br><br>SULLIVAN,<br><br>            Respondent. | Case No. CV 18-03209 JVS (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 18, 2019

_____
HONORABLE JAMES V. SELNA
United States District Judge